NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RAMBUS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

NVIDIA CORPORATION,
*Intervenor.*

2010-1483

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

- - - - - - - - - - - - - - - - - - - - - - -

ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BFG TECHNOLOGIES, INC., BIOSTAR MICROTECH (U.S.A.) CORP., BIOSTAR MICROTECH INTERNATIONAL CORP., DIABLOTEK INC., EVGA CORP., G.B.T. INC., GIGA-BYTE TECHNOLOGY CO., LTD. HEWLETT PACKARD COMPANY, MSI COMPUTER CORP.,

**MICRO-STAR INTERNATIONAL COMPANY, LTD.,
GRACOM TECHNOLOGIES LLC (FORMERLY
KNOWN AS PALIT MULTIMEDIA INC.), PALIT
MICROSYSTEMS LTD., PINE TECHNOLOGY
(MACAO COMMERCIAL OFFSHORE) LTD.,** AND
**SPARKLE COMPUTER COMPANY, LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**RAMBUS, INC.,**
*Intervenor,*

AND

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1556

---

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-661.

- - - - - - - - - - - - - - - - - - - - - -

---

**NVIDIA CORPORATION,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**RAMBUS, INC.,**
*Intervenor.*

---

2010-1557

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**ON MOTION**

---

Before Prost, *Circuit Judge.*

## O R D E R

NVIDIA Corporation moves to advance these cases for oral argument on the September 2011 calendar. Rambus, Inc. moves for leave to file a supplemental brief. NVIDIA and the International Trade Commission oppose. The ITC moves in the alternative for leave to file a supplemental brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) NVIDIA's motion is denied. The cases will be placed on the next available oral argument calendar. If an opening is subsequently created on the September calendar, these cases will be considered for that opening.

(2) Rambus's motion is denied without prejudice to Rambus filing a Fed. R. App. P. 28(j) statement, if appropriate. The ITC's conditional motion is denied as moot.

FOR THE COURT

**AUG 0 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sidney A. Rosenzweig, Esq.
I. Neel Chatterjee, Esq.
J. Michael Jakes, Esq.
Ruffin B. Cordell, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 0 1 2011**

**JAN HORBALY**
**CLERK**